IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Stuckey, Annie B | Case Number:  05 B 17500 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/29/08 | Filed:  5/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 17, 2007
Confirmed: October 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 63,059.83 | |
| Secured: | | 59,667.10 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 60.20 |
| Trustee Fee: | | 3,332.53 |
| Other Funds: | | 0.00 |
| Totals: | 63,059.83 | 63,059.83 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 60.20 | 60.20 |
| 2. | 74th Street Depot Federal Credit Union | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Mortgage | Secured | 59,640.00 | 54,721.08 |
| 4. | CitiFinancial Mortgage | Secured | 35,024.22 | 4,946.02 |
| 5. | Peoples Energy Corp | Unsecured | 87.43 | 0.00 |
| 6. | Capital One | Unsecured | 92.51 | 0.00 |
| 7. | KCA Financial Services | Unsecured | 357.32 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 51.36 | 0.00 |
| 9. | CB USA | Unsecured | 277.43 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 5.34 | 0.00 |
| 11. | Nicor Gas | Unsecured | 106.65 | 0.00 |
| 12. | Wells Fargo Auto Finance | Secured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Marlin Integrated Capital | Unsecured | | No Claim Filed |
| 17. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 20. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 21. | NDC Check Services | Unsecured | | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 23. | Park Dansan | Unsecured | | No Claim Filed |
| 24. | Unifund Corporation | Unsecured | | No Claim Filed |
| 25. | Superior Credit | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Stuckey, Annie B | Case Number: 05 B 17500 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 1/29/08 | Filed: 5/3/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Suburban Heights Medical Cente | Unsecured | | No Claim Filed |
| 27. | Benjamin & Shapiro | Unsecured | | No Claim Filed |
| 28. | Wells Fargo Auto Finance | Unsecured | | No Claim Filed |
| 29. | Sprint | Unsecured | | No Claim Filed |
| 30. | Global Payments | Unsecured | | No Claim Filed |
| 31. | Cingular Wireless | Unsecured | | No Claim Filed |
| 32. | 74th Street Depot Federal Credit Union | Unsecured | | No Claim Filed |
| 33. | Credit Protection Association | Unsecured | | No Claim Filed |
| 34. | Credit Protection Association | Unsecured | | No Claim Filed |
| 35. | CB USA | Unsecured | | No Claim Filed |

$ 95,702.46          $ 59,727.30

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 1,737.42 |
| 5% | 261.79 |
| 4.8% | 666.72 |
| 5.4% | 666.60 |

$ 3,332.53

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

